# Court of Appeals
# of the State of Georgia

ATLANTA,___April 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0320. JEFFREY MARTIN v. PACIFIC POINT DEVELOPMENT.**

In this dispossessory action, Jeffrey Martin has filed an application for discretionary review of a court order dismissing his petition for certiorari. While the order is signed by a superior court judge, there is no superior court case number. In addition, the order was filed in the magistrate court. It does not appear that there has been any state or superior court review of Martin's claims of error. This Court may only address magistrate court matters that have been reviewed by the state or superior court. See *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991); *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution requires that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; *Bosma v. Gunter*, 258 Ga. 664 (373 SE2d 368) (1988). Accordingly, this case is hereby TRANSFERRED to the Superior Court of DeKalb County. Martin's emergency motion for writ of supersedeas filed pursuant to Court of Appeals Rule 40 (b) is DISMISSED as moot.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___04/14/2016___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*